# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: FLOYD R. GILLIGAN & LAURIE J. GILLIGAN  
7608 SUFFIELD ROAD  
LOVES PARK, IL  61111  
SSN-xxx-xx-9459 & xxx-xx-6694  

Case Number: 06-70935

Case filed on: 6/2/2006  
Plan Confirmed on: 11/17/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $34,550.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 029 | PAUL GODLEWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PRIMARY EYE CARE CENTERS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 1,513.87 | 1,513.87 | 1,513.87 | 55.10 |
|  | Total Priority | 1,513.87 | 1,513.87 | 1,513.87 | 55.10 |
| 999 | FLOYD R. GILLIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIDELITY NATIONAL TITLE INSURANCE CO | 4,284.80 | 4,284.00 | 4,284.00 | 0.00 |
| 002 | GMAC MORTGAGE | 16,876.30 | 16,876.30 | 16,876.30 | 0.00 |
| 003 | HEIGHTS FINANCE | 1,122.84 | 361.91 | 361.91 | 58.09 |
| 004 | NEWELL RUBBERMAID FEDERAL CREDIT UNION | 2,415.32 | 2,415.32 | 2,415.32 | 49.01 |
|  | Total Secured | 24,699.26 | 23,937.53 | 23,937.53 | 107.10 |
| 003 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 15.03 | 15.03 | 3.17 | 0.76 |
| 006 | ACCOUNT RECOVERY SERVICES INC | 2,810.85 | 2,810.85 | 641.58 | 120.91 |
| 007 | AFFILIATED CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ATTORNEY TERRY HOSS & | 206.00 | 206.00 | 46.41 | 9.34 |
| 010 | C.B. ACCOUNTS INC | 115.50 | 115.50 | 25.86 | 5.35 |
| 011 | CHECK PLUS SYSTEMS, LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CPS SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SWEDISH AMERICAN HOSPITAL | 277.29 | 277.29 | 62.45 | 12.61 |
| 017 | DEVRY INC | 8,231.79 | 8,231.79 | 1,878.99 | 354.00 |
| 018 | PREMIER BANKCARD/CHARTER | 356.64 | 356.64 | 80.31 | 16.24 |
| 019 | KOHL'S DEPARTMENT STORE | 234.28 | 234.28 | 52.70 | 10.74 |
| 020 | LAW OFFICES OF ROBERT COLCLOUGH | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LUCILLE BJORK | 1,500.00 | 1,500.00 | 342.40 | 64.49 |
| 022 | MARK & KAREN BJORK | 900.00 | 900.00 | 205.44 | 38.69 |
| 023 | MUTUAL MANAGEMENT SERVICES | 432.17 | 432.17 | 98.65 | 18.57 |
| 024 | NATIONAL RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NICOR GAS | 553.11 | 553.11 | 126.28 | 23.75 |
| 027 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | P. HERLIHEY DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | RISK MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCK RIVER WATER RECLAMATION | 221.68 | 221.68 | 49.94 | 10.07 |
| 034 | ROCKFORD UROLOGICAL ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | THOMAS E. JOLAS, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | TRANSWORLD SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | TRS RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | VALENTINE & KEBARTAS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | VITAL RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | WFS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | RIVERSIDE COMMUNITY BANK | 493.81 | 493.81 | 112.76 | 21.17 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 046 | KOHL'S DEPARTMENT STORE | | 225.00 | 225.00 | 50.70 | 10.21 |
| 047 | RIVERSIDE COMMUNITY BANK | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Total Unsecured | 16,573.15 | 16,573.15 | 3,777.64 | 716.90 |
| | | Grand Total: | 44,986.28 | 44,224.55 | 31,429.04 | 879.10 |

Total Paid Claimant:   $32,308.14
Trustee Allowance:     $2,241.86
Percent Paid Unsecured:   22.79

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  03/26/2009                By  /s/Heather M. Fagan